IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDRIA FULLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-1194-K |
| | § | |
| THE CITY OF DALLAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendations. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [Dkt. Nos. 6 & 8].

SO ORDERED.

Signed June 4th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE